**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

MARTHA BURKS,                          :
                                       :
    Plaintiff,                     :
                                       :
v.                                     :        CASE NO.: 1:12-CV-47 (WLS)
                                       :
MICHAEL J. ASTRUE, *Commissioner*      :
*Of Social Security*,                  :
                                       :
    Defendant.                     :
_____    :

## <u>ORDER</u>

Before the Court is a Report and Recommendation from United States Magistrate Judge Thomas Q. Langstaff, filed June 6, 2013.  (Doc. 15.)  It is recommended that the Social Security Commissioner's final decision be affirmed pursuant to Sentence Four of § 405(g), and that Plaintiff's request for a remand pursuant to Sentence Six of § 405(g) be denied.  (*Id.* at 5.)  No objections were filed within the fourteen-day period provided pursuant to 28 U.S.C. § 636(b)(1).  The objection period expired on June 20, 2013.  (*See* Doc. 15 at 5; Docket).

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 15) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein.  It is hereby **ORDERED AND ADJUDGED** that Plaintiff shall taking nothing by her Complaint (Doc. 1) and **JUDGMENT** shall be entered in favor of the Commissioner.

    **SO ORDERED**, this <u> 24th </u> day of June, 2013.

                  /s/ W. Louis Sands_____
                  **THE HONORABLE W. LOUIS SANDS,**
                  **UNITED STATES DISTRICT COURT**